THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 14-CR-30160-DRH |
| | ) |
| JUSTIN DURLEY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF FACTS**

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Justin Durley, represented by his attorney Robert Herman., pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1.    On or about April 18, 2012, continuing through and including April 25, 2012, within the Southern District of Illinois, Justin Durley, aided and abetted by Tanya Nichols, did knowingly steal, convert to the defendants' use, and converted to the use of another, property of the United States valued in excess of $1,000, being United States Currency, which was the proceeds of a fraudulent tax return prepared for "Janine Jones," who was in fact an undercover IRS agent.

2.    Tanya Nichols has a half-brother named, Justin Durley. Tanya Nichols asked Justin Durley to refer people to her so that she could prepare their tax returns, regardless of whether those people had employment. Tanya Nichols offered to pay Justin Durley $50 for each client he referred.

1

3. During 2012, Justin Durley referred INDIVIDUAL #7 to Tanya Nichols for the purpose of filing her tax year 2011 tax return. INDIVIDUAL #7 voluntarily provided her personal identifying information to Justin Durley; however, she was not asked for and did not provide information related to her income. INDIVIDUAL #7 never spoke with or met Tanya Nichols, nor did she ever sign or verify her 2011 tax return for accuracy prior to its filing.

4. On or about January 24, 2012, Tanya Nichols filed INDIVIDUAL #7's 2011 tax return. That tax return contained materially false information, including: INDIVIDUAL #7's address, falsified wages, and a falsified occupation. By falsely increasing wages, the amount of the refundable earned income tax credit was increased, thereby fraudulently increasing the amount of the tax refund that was issued.

5. On or about February 1, 2012, a tax refund in the amount of $4,094 was loaded onto a TurboTax pre-paid debit card and mailed to INDIVIDUAL #7 at an address on North 33rd Street, in East St. Louis, Illinois. The tax refund was mailed to the North 33rd Street address because that was the address that Tanya Nichols reported on INDIVIDUAL #7's 2011 tax return. INDIVIDUAL #7 did not live at the address listed on her 2011 tax return. Rather, that address was owned by Tanya Nichols' friend, W.E., who received mail for Tanya Nichols on occasion. W.E. received INDIVIDUAL #7's tax refund debit card and provided the card to Tanya Nichols. Tanya Nichols and Justin Durley withdrew funds from the tax refund debit card and shared proceeds from the fraudulent tax filing. Justin Durley ultimately gave the tax refund debit card to INDIVIDUAL #7 with a balance of approximately $1,000.

6. On April 4, 2012, INDIVIDUAL #7 called Justin Durley to refer a friend for Tanya Nichols to prepare her taxes. Unbeknownst to Justin Durley, that friend was actually an undercover IRS criminal investigator who recorded conversations with Justin Durley as he participated in the refund scheme. Justin Durley told the undercover agent that she would receive a larger tax refund from Tanya Nichols than she would be able to obtain from an identified tax preparation business and that Tanya Nichols would charge $1,000. In addition, Justin Durley told the undercover agent that if she wished to refer additional tax filers to Tanya Nichols that those referrals would have to go through Justin Durley, who said that he would "take care" of her for any such referrals.

7. On April 5, 2012, the undercover officer caused pre-recorded alias personal identifying information to be given to Justin Durley, including names, social security numbers, and dates of birth for the undercover officer and her purported dependent. Justin Durley never requested, and never obtained, any information from the undercover agent regarding income or expenditures so that the tax return could be prepared accurately.

8. On or about April 6, 2012, Tanya Nichols filed a 2011 tax return for "Janine Jones," which was the alias name used by the undercover agent. Tanya Nichols prepared and filed that tax return from her home address on Indian Meadows Drive, in St. Louis, Missouri. Tanya Nichols never spoke with "Janine Jones," she never asked "Janine Jones" to verify the accuracy of her 2011 tax return, and did not ask "Janine Jones" to sign her 2011 tax return. Rather, Tanya Nichols made up an income amount and fabricated employment on the 2011 tax return she filed for "Janine Jones." By falsely claiming wages that were never earned, the amount of the refundable earned income tax credit was

increased, thereby fraudulently increasing the amount of the tax refund. The fraudulent tax refund claimed on "Janine Jones" 2011 tax return was in the amount of $4,094.

9. On or about April 18, 2012, a 2011 tax refund (less applicable processing fees) in the amount of $4,026.92 was loaded onto a TurboTax pre-paid debit card, which was mailed to "Janine Jones" at an address on North 33rd Street, in East St. Louis, Illinois. The 2011 tax refund was mailed to the North 33rd Street address because that was the address that Tanya Nichols reported on "Janine Jones'" 2011 tax return. "Janine Jones" did not live at the address listed on her tax return. Rather, that address was owned by Tanya Nichols' friend, W.E., who received mail for Tanya Nichols on occasion. W.E. received "Janine Jones'" tax refund debit card and provided the card to Tanya Nichols, who obtained the PIN number to activate the tax refund debit card.

10. The agent who posed as "Janine Jones" tried unsuccessfully to contact Justin Durley to obtain her tax refund. However, Tanya Nichols and Justin Durley did not give the tax refund debit card to the undercover agent using the name "Janine Jones." After it became apparent to investigators that Justin Durley and Tanya Nichols were in the process of stealing the federal funds that had been loaded onto the debit card, the remaining funds were frozen on or about April 25, 2012. By the time the account was frozen, Justin Durley and Tanya Nichols had stolen all but $736.02 of the tax refund that had been loaded onto pre-paid debit card.

SO STIPULATED:

                                                STEPHEN R. WIGGINTON
                                                United States Attorney

_____      _____
JUSTIN DURLEY                            NORMAN R. SMITH
Defendant                                    Assistant United States Attorney

_____
ROBERT HERMAN
Attorney for Defendant

Date: 4/30/15                                Date: 4/30/2015